In the Matter of the Claim of ANNA POSTULKA, Respondent, v. LINDEN BLVD., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J.